UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Ashley N. Matthews                      Docket No. 5:14-MJ-1268-1

**Petition for Action on Probation**

      COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ashley N. Matthews, who, upon an earlier plea of guilty to Driving While Impaired Level 5, in violation of 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on January 7, 2015, to a 12-month term of probation under the conditions adopted by the court.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was charged with Driving While License Revoked on March 11 and March 15, 2015, in Harnett County, North Carolina, and failed to notify the probation officer as required. When confronted, she admitted that she used poor judgment in driving, despite it occurring when driving for employment purposes. She advised the probation officer that her attorney is securing a limited driving privilege for her and she will not drive again until she has the proper privilege to drive. As a punitive sanction, it is respectfully recommended that she complete an additional 48 hours of community service work. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

      **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform an additional 48 hours of community service as directed by the probation office and, if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2536 |
| | Executed On: August 27, 2015 |

**ORDER OF THE COURT**

Considered and ordered this \_\_\_27th\_\_\_ day of \_\_\_August_____, 2015 and ordered filed and made a part of the records in the above case.

*Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge